

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2017

No. 04-17-00485-CV

Victor **RAMOS**,
Appellant

v.

Gustavo **GUERRA**, Jr.,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2017CVT000103-D4
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

On December 22, 2017, Blanca Espericueta filed a notification of late record stating her portion of the reporter's record has not been filed because appellant has not made arrangements for paying for the record. However, according to the docketing statements filed in this appeal, this portion of the reporter's record was requested only by the appellee whose cross-appeal has been dismissed. Therefore, unless the appellant files a written request for the preparation of this portion of the reporter's record, Ms. Espericueta will not be required to file her portion of the reporter's record, and the court will consider the appellate record to be complete.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court